IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| STEVEN HORTON, | * | |
| Plaintiff, | * | |
| v. | * | CV 118-165 |
| ALBERT REEVES, ROY REEVES, DURWOOD "WOODY" DAVIS, and MCDUFFIE COUNTY, | * | |
| Defendants. | * | |

**O R D E R**

Before the Court is Plaintiff's Voluntary Dismissal. (Doc. 35.) Plaintiff voluntarily dismisses Counts III and IV of the Amended Complaint (Doc. 24) as to all defendants against whom those claims were made. After due consideration, the Court finds the dismissal proper under Federal Rule of Civil Procedure 41(a)(2). **IT IS THEREFORE ORDERED** that Counts III and IV of the Amended Complaint are **DISMISSED WITHOUT PREJUDICE**.

**ORDER ENTERED** at Augusta, Georgia, this 26th day of February, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA