IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

STEVEN HORTON,                      )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )          CV 118-165
                                    )
DURWOOD DAVIS,                      )
                                    )
         Defendant.                 )
                          _____

**O R D E R**
                          _____

The Court **GRANTS** Defendant's unopposed motion to stay discovery, (doc. no. 42),

pending resolution of his Motion to Dismiss the Amended Complaint.  The "[C]ourt has broad

inherent power to stay discovery until preliminary issues can be settled which may be

dispositive of some important aspect of the case."  Feldman v. Flood, 176 F.R.D. 651, 652

(M.D. Fla. 1997).  Before deciding to stay discovery, the Court should:

> balance the harm produced by a delay in discovery against the possibility that
> the motion will be granted and entirely eliminate the need for such discovery.
> This involves weighing the likely costs and burdens of proceeding with
> discovery.  It may be helpful to take a preliminary peek at the merits of the
> allegedly dispositive motion to see if on its face there appears to be an
> immediate and clear possibility that it will be granted.

Id. (internal citation and quotation omitted).

Based on a preliminary peek at the defense motion, the Court finds an immediate and

clear possibility of a ruling "which may be dispositive of some important aspect of the case."

Indeed, Defendant Davis has moved for dismissal of the case in its entirety.  (Doc. no. 41.)

When balancing the costs and burdens to the parties, the Court concludes discovery should be stayed pending resolution of the motion to dismiss. See Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1367 (11th Cir. 1997); Moore v. Potter, 141 F. App'x 803, 807-08 (11th Cir. 2005).

For these reasons, the Court **STAYS** discovery pending final resolution of Defendant Davis's motion to dismiss. Should any portion of the case remain after resolution of the motion, the parties shall confer and submit a second joint Rule 26(f) Report, with proposed case deadlines, within seven days of the presiding District Judge's ruling.

SO ORDERED this 4th day of November, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA