AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

STEVEN HORTON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-165

DURWOOD "WOODY" DAVIS,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 4, 2020, the Defendant's Motion to Dismiss is GRANTED; therefore, Plaintiff's Amended Complaint is hereby DISMISSED. As no Defendants remain, this case stands CLOSED.

09/04/2020  
Date

John E. Triplett, Acting Clerk  
Clerk

*Jamie Hodge*  
(By) Deputy Clerk

GAS Rev 10/1/03